UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | )( | |
| | )( | Criminal No. 25-332 (DLF) |
| v. | )( | Judge Friedrich |
| | )( | |
| KURON SCUTCHINGS | )( | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Jerry Ray Smith Jr., counsel for Kuron Scutchings, and respectfully moves this Honorable Court to permit him to withdraw from this case. In support of this motion, counsel would show:

1. On December 16, 2025, Mr. Scutchings and counsel met at the D.C. Jail. At this meeting, Mr. Scutchings informed counsel that he no longer wanted counsel to be his attorney and that he wanted another lawyer to be appointed to represent him.

2. Counsel believes that irreconcilable differences between him and Mr. Scutchings require termination of counsel's representation of Mr. Scutchings. Counsel believes that there has been a complete breakdown in the attorney-client relationship between him and Mr. Scutchings.

3, In addition to the above, counsel believes that another attorney needs to be appointed to represent Mr. Scutchings to evaluate whether counsel may have rendered ineffective assistance in advising Mr. Scutchings how to proceed in this case. If necessary, counsel can explain his reasons for his belief ex parte.

## CONCLUSION

WHEREFORE, Jerry Ray Smith Jr. moves this Honorable Court to permit him to withdraw as counsel for Kuron Scuthcings.

Respectfully submitted,

____/s/_____
Jerry Ray Smith Jr.
D.C. Bar No. 448699
Counsel for Kuron Scutchings
717 D Street, N.W.
Suite 310
Washington, DC 20004
E-mail: jerryraysmith@verizon.net
Phone: (202) 641-4211

## CERTIFICATE OF SERVICE

By the signature below, I hereby certify that a copy of the foregoing Motion to Withdraw as Counsel has been mailed to Kuron Scutchings at the D.C. Central Detention Facility, 1901 D Street, S.E., Washington, DC 20003 on December 17, 2025.

____/s/_____
Jerry Ray Smith Jr.